**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank Triantos                             CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 19-16763 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of MEB Loan Trust II and index same on the master mailing list.

                                                               Respectfully submitted,
                                                               **/s/ Rebecca A. Solarz Esquire**
                                                               Rebecca A Solarz, Esquire
                                                               Kevin G. McDonald, Esquire
                                                               KML Law Group, P.C.
                                                               701 Market Street, Suite 5000
                                                               Philadelphia, PA 19106-1532
                                                               (215) 627-1322