**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank Triantos<br>    Debtor(s) | CHAPTER 7 |
| Specialized Loan Servicing LLC, as servicing agent for MEB Loan Trust II<br>    Movant<br>        vs.<br>Frank Triantos<br>    Debtor(s)<br>Lynn E. Feldman Esq.<br>    Trustee | NO. 19-16763 PMM<br><br>11 U.S.C. Section 362 |

### ORDER

AND NOW, this 21st day of July, 2020 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC, as servicing agent for MEB Loan Trust II to exercise its rights pursuant to the loan documents regarding the premises 5500 Friendship N1002 Boulevard, Chevy Chase, MD 20815 . It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

*Patricia M. Mayer*
United States Bankruptcy Judge.

cc: See attached service list

Frank Triantos
4920 Hycliff Chase
Center Valley, PA 18034

Erik B. Jensen, Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532