United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frank Triantos  
    Debtor

Case No. 19-16763-pmm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: PaulP    Page 1 of 1    Date Rcvd: Jul 21, 2020  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.  
db          +Frank Triantos,    4920 Hycliff Chase,    Center Valley, PA 18034-8772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:  
        DAVE P. ADAMS    on behalf of Plaintiff    U.S. Trustee dave.p.adams@usdoj.gov  
        ERIK B. JENSEN    on behalf of Debtor Frank  Triantos akeem@jensenbagnatolaw.com,  
         camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
        ERIK B. JENSEN    on behalf of Defendant Frank  Triantos akeem@jensenbagnatolaw.com,  
         camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
        LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    MEB Loan Trust II bkgroup@kmllawgroup.com  
        ROBERT J. DAVIDOW    on behalf of Creditor    Wells Fargo Bank, N.A.  
         robert.davidow@phelanhallinan.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                      TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Frank Triantos<br>    Debtor(s)<br><br>Specialized Loan Servicing LLC, as servicing agent for MEB Loan Trust II<br>    Movant<br> vs.<br><br>Frank Triantos<br>    Debtor(s)<br><br>Lynn E. Feldman Esq.<br>    Trustee | CHAPTER 7<br><br>NO. 19-16763 PMM<br><br>11 U.S.C. Section 362 |

## ORDER

  AND NOW, this  21st  day of  July , 2020 at Reading, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

  The Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Specialized Loan Servicing LLC, as servicing agent for MEB Loan Trust II to exercise its rights pursuant to the loan documents regarding the premises 5500 Friendship N1002 Boulevard, Chevy Chase, MD 20815 . It is further ORDERED that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

*Patricia M. Mayer*

                     United States Bankruptcy Judge.

cc: See attached service list

Frank Triantos
4920 Hycliff Chase
Center Valley, PA 18034

Erik B. Jensen, Esq.
Jensen Bagnato, PC, 1500 Walnut Street
Suite 1920
Philadelphia, PA 19102

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532