IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| FRANK TRIANTOS, | : | BANKR. NO. 19-16763-pmm |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE, | : | ADV. NO. 20-0161 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK TRIANTOS, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION AND ORDER APPROVING THE WAIVER OF DISCHARGE
AND CLOSING ADVERSARY CASE**

**RECITALS**

WHEREAS Frank Triantos ("Defendant") commenced his bankruptcy case on October 30, 2019 (the "Petition Date") by filing a voluntary petition under chapter 7 of the United States Bankruptcy Code.

WHEREAS on May 15, 2020, the United States trustee ("Plaintiff") commenced the instant adversary proceeding against the Defendant, seeking a denial of his discharge pursuant to 11 U.S.C. § 727(a)(2)(A) and (B), (a)(3), (4)(A), and (5) (the "U. S. Trustee's Complaint").

WHEREAS the Plaintiff and Defendant desire to resolve this matter prior to the trial on the U. S. trustee's Complaint and have therefore reached a settlement whereby the

Page 1 of 3

Defendant agrees to waive the discharge under chapter 7 of all debts listed on the Defendant's Schedules and/or any other claims filed in his bankruptcy case.

WHEREAS the Defendant is and has been represented by counsel in his bankruptcy case and this adversary proceeding, was advised by his counsel of the implications of stipulating to the relief herein and understands the consequences thereof.

### STIPULATION

Based on the above, the parties stipulate as follows:

1. Frank Triantos hereby waives the chapter 7 discharge of all debts listed on his Schedules and/or any other claims filed in his bankruptcy case, and therefore shall be ineligible to receive a discharge under chapter 7 of all such debts and/or claims.

2. The waiver of discharge by the Defendant resolves the U. S. Trustee's Complaint commencing this adversary proceeding, and the parties further agree that upon approval of this Stipulation, the adversary case may be closed.

4. Plaintiff and the Defendant further stipulate and agree that each party shall bear their own costs and expenses associated with the commencement and prosecution of this adversary proceeding and the underlying bankruptcy case.

5. This Stipulation may be executed in multiple original counterparts, or by facsimile or electronic transmission, each of which shall be deemed an original, and all such counterparts shall together constitute but one and the same instrument.

[Intentionally Left Blank]

DEBTOR/DEFENDANT

_____
Frank Triantos

Dated: 09/24/2021


ANDRW R. VARA
U. S. TRUSTEE, Regions 3 & 9

_____
By:  Dave P. Adams, Esq.
Counsel for the U. S. trustee
200 Chestnut Street, Suite 502
Philadelphia, Pennsylvania   19106
(215) 597-4411

Dated: 9/27/2021

JENSEN BAGNATO, P.C.

_____
By:  Erik B. Jensen, Esq.
Counsel for Debtor/Defendant
1500 Walnut Street, Suite 1920
Philadelphia, Pennsylvania   19102
(215) 546-4700

Dated: 9/24/2021

## ORDER

The provisions of the above Stipulation are approved as an order of this Court and Frank Triantos is hereby denied a discharge under Chapter 7 of the U. S. Bankruptcy Code of all debts listed on his Schedules and/or any other claims filed in his bankruptcy case.   Upon the entry of this Stipulation and Order on the dockets of both the adversary case and the main case, the Clerk shall mark this adversary case as settled and close same.

Dated: **September 29, 2021**

_____
Honorable Patricia M. Mayer
United States Bankruptcy Judge

Page 3 of 3